IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

      Plaintiff,                   No. CIV S-06-2141 FCD KJM P

   vs.

LIEUTENANT B. JONES, et al.,

      Defendants.

_____/    ORDER

        On May 2, 2007, the court ordered that service of process is appropriate for defendant Kimsey. The court also ordered that plaintiff complete and return a USM 285 form for defendant Kimsey so that service of process could be effectuated. Plaintiff has completed a USM 285 form, but, on the form, plaintiff indicated that the person to be served is "Lieutenant B. Jones, et al." Plaintiff will be given one final opportunity to complete a USM 285 form for defendant Kimsey. If plaintiff does not complete and submit the form within thirty days, the court will recommend that this action be dismissed without prejudice.

/////

/////

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court shall send plaintiff a USM-285 form; and

3     2. Within thirty days from the date of this order, plaintiff shall complete the USM-285 form for defendant Kimsey and the attached "Notice of Submission of Documents" and return them to the court.

DATED: May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

1
adam2141.1(a)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

      Plaintiff,                                   No. CIV S-06-2141 FCD KJM P

     vs.

LIEUTENANT B. JONES, et al.,         NOTICE OF SUBMISSION

      Defendants.                       OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       \_\_\_\_\_        completed USM-285 form

DATED:

                                                      Plaintiff