IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

      Plaintiff,                  No. CIV S-06-2141 FCD KJM P

   vs.

LIEUTENANT B. JONES, et al.,

      Defendant.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with and action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff asks that the court extend the deadline for propounding discovery requests. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time to conduct discovery is granted;

      2. The parties may propound written discovery requests within thirty days of this order;

      3. All motions to compel discovery must be filed no later than February 28, 2008; and

      4. All other pretrial motions must be filed by March 28, 2008.

DATED: November 30, 2007.

                                    U.S. MAGISTRATE JUDGE

1
adam2141.36