IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

        Plaintiff,                    No. CIV S-06-2141 FCD KJM P

   vs.

LIEUTENANT B. JONES, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendant's February 6, 2008 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's application for an extension of time (docket no. 29) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: March 5, 2008.

                                                U.S. MAGISTRATE JUDGE

1/mp
adam2141.36