IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

        Plaintiff,                        No. CIV S-06-2141 FCD KJM P

    vs.

LIEUTENANT B. JONES, et al.,

        Defendants.                ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On December 18, 2007, plaintiff filed a motion to compel. Defendant Kimsey's only response to the motion is that the motion and the underlying discovery requests were not timely. On November 30, 2007, the court extended the time for the parties to file motions to compel to February 28, 2008. The court also extended the time for the parties to propound discovery requests to December 30, 2007. Therefore, plaintiff's motion to compel and the underlying discovery requests are timely. For these reasons, plaintiff's motion to compel will be granted in its entirety.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel discovery (docket #23) is granted; and

2. Within ten days, defendant Kimsey shall produce the following to plaintiff:

    A. Copies of photographs of injuries sustained by plaintiff pursuant to his being attacked on May 17, 2005.

    B. Copies of the investigative reports made by the Folsom State Prison Investigative Services Unit regarding the attack on plaintiff on May 17, 2005.

    C. Copies of documents that reveal the names of persons who have knowledge of the events surrounding plaintiff's being attacked on May 17, 2005.

    D. Copies of all reports and memorandums about the May 17, 2005 attack.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1
adam2141.mtc