IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

        Plaintiff,                    No. CIV S-06-2141 FCD KJM P

    vs.

LIEUTENANT B. JONES, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion in which he seeks an order directing prison officials to transfer plaintiff from Folsom State Prison. However, the court generally does not have the authority to order prison officials to house a prisoner at a particular prison within a state, Meachum v. Fano, 427 U.S. 215 (1976), and there does not appear to be any reason to depart from that rule here. Therefore, plaintiff's motion (#41) is denied.

DATED: November 14, 2008.

                                            _____
                                            U.S. MAGISTRATE JUDGE

1
adam2141.tra