IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

        Plaintiff,                  No. CIV S-06-2141 FDC KJM P

      vs.

LT. B. JONES, et al.,

        Defendants.           ORDER

_____/

          Plaintiff is a state prisoner proceeding pro se counsel with a civil rights complaint under 42 U.S.C. § 1983. The court has received a stipulation from the parties requesting that this case be referred to mediation. See docket no. 51. The defendants have requested that the court issue an order and writ of habeas corpus ad testificandum to transport the plaintiff from Folsom State Prison to California State Prison-Solano (CSP-Sol) to participate in a mediation with U.S. Magistrate Judge Nandor Vadas, Northern District of California (cross-designated for settlement to the Eastern District of California). See docket no. 50. In that request, the defendants apprise the court that "[a] mediation spot is currently being held for Wednesday, May 20, 2009 at 9:00 a.m." Id.

/////

/////

1

1         This case will be referred to Magistrate Judge Vadas to conduct a settlement

2   conference.  A separate order and writ of habeas corpus ad testificandum to transport the plaintiff

3   from Folsom State Prison to CSP-Sol will issue forthwith.

4         In accordance with the above, IT IS HEREBY ORDERED that:

5         1.  This case is set for mediation on May 20, 2009, at 9:00 a.m. at CSP-Solano,

6   2200 Peabody Road, Vacaville, California.

7         2.  The Clerk of the Court is directed to send a copy of the instant order to

8   Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka,

9   California 95501-1038.

10        3.  Magistrate Judge Nandor Vadas shall file a report on the docket in this case,

11  within twenty days of settlement conference, indicating the outcome of the settlement

12  proceedings.

13        4.  The parties are directed to provide confidential settlement conference

14  statements to Magistrate Judge Vadas so that they arrive by May 13, 2008.

15  DATED:  April 10, 2009.

16

17  _____

      U.S. MAGISTRATE JUDGE

18  4

    adam.2141.nd

19

20

21

22

23

24

25

26