# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

        Plaintiff,               No. CIV-06-2141 FCD KJM P

  vs.

LT. B. JONES, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Dwight Adams, inmate # K-98701, a necessary and material party in proceedings in this case on May 20, 2009, is confined in Folsom State Prison, 300 Prison Road, Represa, California 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison-Solano, 2100 Peabody Road, Vacaville, California, 95696, on May 20, 2009, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Michael Evans, Warden:**

        **WE COMMAND** you to produce the inmate named above at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 10, 2009.

                                              U.S. MAGISTRATE JUDGE