**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT ADAMS,<br><br>            Plaintiff,<br><br>       v<br><br>LT. B. JONES, et al.,<br><br>            Defendants. | Case No C 06-2141 FDC KJM<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

   A settlement conference in this matter was held on May 20, 2009. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

   ☒ Plaintiff

   ☐ Warden or warden's representative

   ☒ Office of the California Attorney General

   ☒ Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10

11  Date: 6/8/09

Nandor J Vadas
United States Magistrate Judge
Sitting by Designation

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adams | No. C 06-2141 FDC KJM |
| v. | CERTIFICATE OF SERVICE |
| Jones  _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/8/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Dwight Adams**
K-98701
OLD FOLSOM STATE PRISON (715071)
PO BOX 715071
REPRESA, CA 95671

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3