IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

      Plaintiff,                  No. CIV S-06-2141 FCD KJM P

    vs.

LT. B. JONES, et al.,

      Defendants.        <u>ORDER</u>

                             /

         Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court has received a signed stipulation from the parties requesting that the court refer this case to a second session of mediation. <u>See</u> docket no. 57.

         This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison-Sacramento (CSP-Sac) on November 12, 2009, at 9:00 a.m. A separate order and writ of habeas corpus ad testificandum to transport the plaintiff from Folsom State Prison to CSP-Sac will issue forthwith.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. This case is set for mediation on November 12, 2009, at 9:00 a.m. at CSP-Sacramento, Prison Road, Represa, California.

/////

1

2. Magistrate Judge Kellison shall file a report on the docket in this case, within twenty days of settlement conference, indicating the outcome of the settlement proceedings.

3. The parties are directed to provide confidential settlement conference statements to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they arrive by November 5, 2009.

DATED: August 13, 2009.

_____
U.S. MAGISTRATE JUDGE

4
adam.2141.med.ord