## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS,

       Plaintiff,                  No. CIV S-06-2141 FCD KJM P

vs.

LT. B. JONES, et al.,

       Defendants.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

       Dwight Evans, inmate # K-98701, a necessary and material witness in proceedings in this case on November 12, 2009, is confined in Folsom State Prison, 300 Prison Road, P.O. Box 71, Represa, California, 95671, in the custody of Warden Michael S. Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002 on November 12, 2009 at 9:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Michael S. Evans, 300 Prison Road, P.O. Box 71, Represa, California, 95671:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at California State Prison, Sacramento at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 13, 2009.

_____
U.S. MAGISTRATE JUDGE

4/mp
adam2141.841