IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT ADAMS

        Plaintiff,                             No. CIV S-06-2141 FCD KJM P

    vs.

LT. B. JONES, et al.

        Defendant.                         ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court has before it a motion to set this cause for trial. The motion will be granted. If the case settles between now and the trial date, then the trial date will be vacated.

        Accordingly, the motion to schedule a trial date (docket no. 55) is granted. Trial is set to begin August 17, 2010, before U.S. District Judge Frank C. Damrell, at 10:00 a.m.

DATED: November 2, 2009.

                                                           _____
                                                           U.S. MAGISTRATE JUDGE

4
adam2141.ord

1